| AO 10 Rev. 1/2014 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2013** | *Report Required by the Ethics in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>Leval, Pierre N. | 2. Court or Organization<br><br>U.S. Court of Appeals, 2nd Cir | 3. Date of Report<br><br>05/05/2014 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>Senior Circuit Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2013<br>to<br>12/31/2013 |
| 7. Chambers or Office Address<br><br>40 Foley Square Rm 1901<br>New York, NY 10007 | | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Council member - Emeritus | The American Law Institute |
| 2. | Trustee, Executor | ▨ members |
| 3. | Member - Photography Committee | Museum of Modern Art |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Leval, Pierre N. | 05/05/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME *(yours, not spouse's)* |
|---|---|---|---|
| 1. | May | Thomas Jefferson Law School - teaching | $3,000.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | Jan-Dec. | State St. Cultural Inst. Pension Plan - pension |
| 2. | 10/27/13 | Metropolitan Museum of Art - lecture |
| 3. | October | Woodstock Artists Association - advisory |
| 4. | April. | Museum of Art & Design - advisory |
| 5. | May | Women's Studio Workshop - advisory |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Yale Law School | 4/2 - 4/3/2013 | New Haven, CT | Lecture | Travel - self |
| 2. | Museum of Art & Design | April 2013 | Mexico | Advice on exhibition | Travel/lodging - spouse |
| 3. | Inst. of Museum & Library Studies | 5/2/13 | Washington, DC | Board Meeting | Travel - spouse |
| 4. | Inst. of Museum & Library Studies | 11/20/13 | Washington, DC | Board Meeting | Travel - spouse |

| Name of Person Reporting | Date of Report |
|---|---|
| Leval, Pierre N. | 05/05/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Bank | loan on investment property | |
| 2. | | |
| 3. | | |
| 4. | | |

## VII. INVESTMENTS and TRUSTS

| Place of UP after Each Asset | (1) Amount Code (A-H) | (2) Type (e.g. div, rent or int.) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| AMG (common) (self) | D | Dividend | A | | Sold (part from line I) | 03/30/13 | | | |
| Exxon Mobil (common) | D | Dividend | N | | | | | | |
| Home Depot (common) | | | None | | | | | | |
| 3M | | | None | | | | | | |
| General Electric (common) | | | None | | | | | | |
| EMC Money Market-X (self) | A | Interest | K | | | | | | |
| EMC Select Fund (common) (self & | C | Dividend | P3 | T | | | | | |
| | | None | | | Buy | | | | |
| | | None | | | Buy | 12/11/13 | | | |
| | | None | | | Buy | | | | |
| | | | | | Buy | 12/11/13 | | | |
| 13 | | None | | | Buy | 12/11/13 | K | | |
| 14 | | None | | | Buy | 12/31/13 | J | | |
| 15 | | None | | | Sold (part) | 10/18/13 | | H | |
| | | None | | | | 12/31/13 | | | |
| | | None | | | Sold | 12/31/13 | | | |

1. Income Gain Codes: A =$1,000 or less; B =$1,001 - $2,500; C =$2,501 - $5,000; D =$5,001 - $15,000; E =$15,001 - $50,000
2. Value Codes: J =$15,000 or less; K =$15,001 - $50,000; L =$50,001 - $100,000; M =$100,001 - $250,000; N =$250,001 - $500,000; O =$500,001 - $1,000,000; P =$1,000,001 - $5,000,000
3. Value Method Codes: Q =Appraisal

Name of Person Reporting

Levin, Pierre N.

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | | |

## VII. INVESTMENTS and TRUSTS

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross Value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Amount | Type (e.g. div., rent, int.) | Value | Value Method | Type (e.g. buy, sell, redemption) | Date | Value | Gain | Identity of buyer/seller |
| | | None | | | | | | | |
| 37 | Hershey (common)(s) | C | Dividend | M | T | | | | |
| 38 | | H | Dividend | K | | | | | |
| 39 | (common) (QNR IRA) | | Dividend | K | | | | | |
| 40 | | | Interest | | | | | | |
| 41 | | None | K | | | | | | |
| 42 | Citibank account | None | | J | | | | | |
| 43 | Art works | None | L | W | | | | | |
| 44 | account | None | | J | | | | | |
| 45 | Vanguard GNMA Fixed Income Fund (trust) | B | Interest | L | T | | | | |
| 46 | FOKCX | A | Dividend | K | T | | | | |
| 47 | FFIDX | A | Dividend | | T | | | | |
| | | A | Dividend | | | | | | |
| 49 | FDGFX | A | Dividend | | | | | | |
| 50 | FMAGX | A | Dividend | | | | | | |
| 51 | IHSAX | A | Dividend | K | T | | | | |

Name of Person Reporting

Date of Report

## VII. INVESTMENTS and TRUSTS

| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | |
|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code | (2) Type | (1) Value Code | (2) Value Method | (1) Type | (2) Date | (3) Value Code | (4) Gain Code |
| 50. DNW X | | None | | | | | | |
| 53. HIOCX | A | Dividend | J | T | | | | |
| 54. DFIICX | A | Dividend | K | T | | | | |
| 55. MSTXX | | None | | | | | | |
| 56. HLTX | A | Dividend | | | Sold | 06/21/13 | J | |
| 57. VFIIX | A | Dividend | | K | | | | |
| 58. FNYXX | A | Interest | L | T | | | | |
| 59. VBIIX | A | Dividend | K | T | | | | |
| 60. Finalborough 7.0 7/1/20 | D | Interest | | | Sold | 03/07/13 | M | |
| 61. Jacksonville 5.375 8/15/23 | D | Interest | M | T | | | | |
| 62. Bd. Main. Guadalupe 5.375 8/15/27 | D | Interest | M | T | | | | |
| 63. Detroit Mich Water 5.75 7/1/34 | D | Interest | M | T | | | | |
| 64. Detroit Water 5.75 7/1/29 | C | Interest | L | T | | | | |
| 65. Detroit Water 5.75 7/1/20 | C | Interest | L | T | | | | |
| 66. Detroit Water 5.5 7/1/26 | G | Interest | | | Sold | 03/09/13 | M | |
| 67. Guam Pwr Bond 5.0 10/1/26 | A | Interest | K | T | Buy | 07/15/13 | K | |
| 68. Monroe 5.75 bond 2035 | B | Interest | K | T | Buy | 11/05/13 | M | |

1. Income Gain Codes: A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000

| Name of Person Reporting | Date of Report |
|---|---|
| Leval, Pierre N. | 05/05/2014 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | Income during reporting period Amount Code 1 (A-H) | Income during reporting period Type (e.g. div., rent, or int.) | Gross value at end of reporting period Value Code 2 (J-P) | Gross value at end of reporting period Value Method Code 3 (Q-W) | Transactions during reporting period Type (e.g. buy, sell, redemption) | Transactions during reporting period Date mm/dd/yy | Transactions during reporting period Value Code 2 (J-P) | Transactions during reporting period Gain Code 1 (A-H) | Transactions during reporting period Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. Monroe 5.75 bond 2030 See * in Part VIII | | None | | | Buy (add'l) | 11/06/13 | M | | |
| 70. Monroe 5.75 bond 2035 | | Interest | E | T | | | | | |
| 71. E. Rochester 5.375 bond 12/20/22 | C | Interest | | | Redeemed (part) | 06/20/13 | J | | |
| 72. E. Rochester 5.375 bond 12/20/12 | | None | | | Redeemed | 09/20/13 | L | | |
| 73. E. Rochester 5.00 8/15/27 | C | Interest | L | T | | | | | |
| 74. E. Rochester 5.00 4/20/27 | C | Interest | L | T | Buy | 10/24/13 | L | | |
| 75. Kentucky 6.0 bond 10/1/19 | C | Interest | L | T | | | | | |
| 76. Louisiana 5.250 7/1/24 See * in Part VIII | B | Interest | | | Sold (part) | 01/02/13 | J | | |
| 77. Louisiana 5.250 7/1/24 See * in Part VIII | | None | | | Sold | 02/20/13 | K | | |
| 78. Mahoning 5.5 bond | A | Interest | | | Sold | 03/26/13 | L | | |
| 79. MTA 5.25 4/1/14 bond | C | Interest | | | Sold | 03/19/13 | M | | |
| 80. MTA 5.0 7/1/15 bond | C | Interest | | | Sold | 03/19/13 | M | | |
| 81. MTA 5.625 7/1/16 bond | A | Interest | | | Sold | 03/20/13 | J | | |
| 82. Michigan Hosp. bond | C | Interest | L | T | | | | | |
| 83. Mississippi Dev. 6.75 12/1/33 | C | Interest | M | T | Buy | 08/09/13 | M | | |
| 84. Mississippi Hosp. bond | B | Interest | L | T | | | | | |
| 85. NYC 5.375 6/1/23 bond | C | Interest | | | Redeemed | 08/01/13 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Leval, Pierre N. | 05/05/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. NY Dorm 5.1 2/15/26 bond | D | Interest | M | T | | | | | |
| 87. NY Dorm 5.25 8/1/25 bond | D | Interest | | | Redeemed | 11/08/13 | L | | |
| 88. NY Dorm 5.75 8/1/24 bond | C | Interest | | | Sold (part) | 02/01/13 | L | | |
| 89. NY Dorm 5.75 8/1/24 bond See * in Part VIII | | None | | | Redeemed | 02/07/13 | J | | |
| 90. NY Dorm 5.45 8/1/35 bond | C | Interest | | | Redeemed | 10/24/13 | L | | |
| 91. NY Dorm 5.95 2016 See * in Part VIII | A | Interest | | | Redeemed (part) | 02/01/13 | J | | |
| 92. " * See * in Part VIII | | None | | | Redeemed | 08/01/13 | J | | |
| 93. NY Dorm 4.9 8/15/2031 | C | Interest | | | Sold | 03/26/13 | M | | |
| 94. NY Dorm 5.0 8/1/2023 | B | Interest | K | T | | | | | |
| 95. NY Dorm 5.25 2028 | D | Interest | | | Redeemed | 08/08/13 | M | | |
| 96. NYS Energy 5.5 bond 1/1/21 | C | Interest | L | T | | | | | |
| 97. NYS Energy 5.15 2016 | C | Interest | L | T | | | | | |
| 98. NYS Envir. 5.125 bond 6/15/19 | B | Interest | | | Sold | 03/19/13 | M | | |
| 99. NY Mtg Agy 5.15 4/1/17 | A | Interest | | | Redeemed (part) | 01/17/13 | J | | |
| 100. " * See * in Part VIII | | None | | | Redeemed (part) | 04/01/13 | J | | |
| 101. " * See * in Part VIII | | None | | | Redeemed | 08/29/13 | J | | |
| 102. NY Dorm 6.25 8/15/34 | C | Interest | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Leval, Pierre N. | 05/05/2014 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. NY Dorm 5.0 10/1/26 | C | Interest | L | T | | | | | |
| 104. NC Med 5.0 6/1/35 See * in Part VIII | A | Interest | | | Sold (part) | 03/26/13 | L | | |
| 105. " * See * in Part VIII | | None | | | Sold | 03/28/13 | L | | |
| 106. Pima 5.0 12/15/36 | C | Interest | L | T | | | | | |
| 107. PR 5.375 7/1/25 | C | Interest | L | T | Buy | 01/03/13 | L | | |
| 108. PR 5.5 7/1/19 | C | Interest | L | T | | | | | |
| 109. PR HSG 5.125 12/1/27 | C | Interest | K | T | | | | | |
| 110. Puerto Rico bond 4.95 7/1/26 | B | Interest | L | T | Buy | 02/06/13 | K | | |
| 111. Puerto Rico bond 4.95 7/1/26 See * Part VIII | | None | | | Buy (add'l) | 02/08/13 | L | | |
| 112. RI Dep 6.0 bond 8/1/17 | B | Interest | | | Sold | 03/26/13 | L | | |
| 113. RIS Health 5.5 bond 5/15/16 | B | Interest | | | Sold | 03/26/13 | L | | |
| 114. Sacramento 5.0 bond 12/1/16 | B | Interest | | | Sold | 03/26/13 | L | | |
| 115. St. Paul 5.5 bond 11/1/23 | B | Interest | | | Sold | 03/19/13 | M | | |
| 116. Triborough 5.25 1/1/13 bond | B | Interest | | | Redeemed | 01/02/13 | L | | |
| 117. Triborough 5.25 1/1/14 bond | C | Interest | | | Sold | 03/19/13 | M | | |
| 118. Virgin I bond 5.0 10/1/28 | A | Interest | K | T | Buy | 08/19/13 | K | | |
| 119. Virgin I Pub Fin bond 4.0 10/1/22 | C | Interest | L | T | Buy | 02/14/13 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Leval, Pierre N. | 05/05/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Virgin I Pub Fin 5.0 10/1/27 | B | Interest | M | T | Buy | 08/08/13 | M | | |
| 121. Virgin I Pub Fin 5.25 10/1/24 | | None | M | T | Buy | 09/20/13 | M | | |
| 122. Washington 6.25 8/1/28 | B | Interest | | | Sold | 11/08/13 | M | | |
| 123. Washington bond 5.25 8/10/23 | C | Interest | | | Sold | 03/19/13 | M | | |
| 124. Bd. Man. Guadalupe bond 5.375 8/15/27 - | C | Interest | L | T | | | | | |
| 125. Califor. 4.9 10/1/13 | B | Interest | | | Sold | 03/13/13 | L | | |
| 126. Detroit 3.75 7/1/31 - | B | Interest | K | T | | | | | |
| 127. Detroit 5.75 7/1/25 - | C | Interest | L | T | | | | | |
| 128. Fresno 5.75 6/1/26 - | B | Interest | K | T | | | | | |
| 129. NY MTA 5.25 4/1/14 bond - | C | Interest | L | T | | | | | |
| 130. Monroe Cty 5.75 2035 ( ) | C | Interest | L | T | | | | | |
| 131. NYC Mun 5.75 bond 6/15/13 | A | Interest | | | Redeemed (part) | 06/15/13 | J | | |
| 132. NYC bond 5.375 6/1/23 - | B | Interest | | | Redeemed | 08/01/13 | K | | |
| 133. NY Dorm 5.1 2/15/26 bond - | B | Interest | K | T | | | | | |
| 134. NY Dorm 5.25 8/1/25 bond - | C | Interest | | | Redeemed | 11/18/13 | K | | |
| 135. NY Dorm 6.25 8/15/34 | B | Interest | K | T | | | | | |
| 136. NY Dorm 5.0 10/1/26 - | C | Interest | L | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Leval, Pierre N. | 05/05/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137.  NY Dorm 4.8 2025 bond ( ▢ | B | Interest | K | T | | | | | |
| 138.  NYS Energy 5.15 2016 bond ▢ | C | Interest | K | T | | | | | |
| 139.  Puerto Rico ( ▢ ) 6.0% 7/1/18 | B | Interest | L | T | Buy | 05/16/13 | K | | |
| 140.  " See * in Part VIII | | None | | | Buy (add'l) | 08/08/13 | L | | |
| 141.  Puerto Rico ▢ 4.95% 7/1/26 | B | Interest | K | T | Buy | 03/25/13 | K | | |
| 142.  North Car 5.0 6/1/35 - ▢ | A | Interest | | | Sold | 08/23/13 | K | | |
| 143.  RI Health 5.5 bond - 5/15/16 ( ▢ | B | Interest | K | T | Redeemed (part) | 05/15/13 | J | | |
| 144.  Virgin I 5.0% ( ▢ ) 10/1/28 | A | Interest | K | T | Buy | 08/19/13 | K | | |
| 145.  Virgin I. 5.0% ( ▢ ) 10/1/30 | C | Interest | L | T | Buy | 03/18/13 | L | | |
| 146.  Waco TX bond 5.0 8/1/31 - ▢ | A | Interest | | | Sold | 03/25/13 | K | | |
| 147.  New Providence Assoc. LP fund self | F | Dividend | O | T | | | | | |
| 148.  JPMorgan Tax Free Bond VANTX self | A | Interest | K | T | | | | | |
| 149.  NYC Transitional 5.0 7/15/37 See ** in Part VIII | B | Interest | | | Sold | 03/19/13 | M | | |
| 150.  NYC Transitioinal 5.0 7/15/33 See ** in Part VIII | A | Interest | | | Sold | 08/16/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

   \* The first line relating to this security reports in Column C the year's end holdings, in Column B the income received during the year from this security, and in column D any purchase or sale. Subsequent lines for the same security report additional purchases and sales. If, as for lines 76, 88, 91, 99, 104, all holdings of the security were sold, Part (1) of Column C is blank reflecfting the fact that I had no holdings of this security at the year's end.

   \*\*   Mistakenly omitted from 2012 Report.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Pierre N. Leval**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544